AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:22-mj-00664-NJK |
| | ) | |
| DAMON GASTELUM | ) | Charging District:   Western District of Kentucky |
| *Defendant* | ) | Charging District's Case No.   3:22-cr-00074-RGJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Gene Snyder United States Courthouse<br>604 W Broadway<br>Louisville, KY 40202 | Courtroom No.: Via Videoconference |
|---|---|---|
| | | Date and Time: September 6, 2022, at 2:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: August 26, 2022

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



FILED  X
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 26, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY