1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DAMON GASTELUM,

     Defendant.

Case No. 2:22-mj-00664- NJK

**Order**

[Docket No. 11]

On August 23, 2022, Defendant Damon Gastelum made his initial appearance in a Rule 5(c)(3) proceeding before the Court.  Docket No. 2.  On August 26, 2022, the Court conducted a detention hearing and ordered Defendant released on a secured property bond with conditions.  Docket Nos. 5, 9.  Defendant's bond was secured by property owned by Teodoro Lara and Cassandra Leon Cardenas' property.  Docket No. 9 at 1.

On March 1, 2024, Defendant filed a motion to exonerate the property bond and allow the real properties to be conveyed back to Mr. Lara and Ms. Cardenas.  Docket No. 11.  In support of his motion, Defendant submits that, on March 15, 2023, he entered a plea of guilty to the indictment in the Western District of Kentucky.  *Id*. at 2.  Defendant further submits that he was sentenced to 33 months' custody and, on or about February 13, 2024, he self-surrendered to the Bureau of Prisons and is currently incarcerated.  *Id*.  Therefore, Defendant submits, he has complied with the conditions and the property bond may now be exonerated.  *Id*.

The United States failed to respond to Defendant's motion and the time to do so has now passed. *See* Docket.  Such failure constitutes consent to the granting of the motion. LCR 47-3.  In addition, the Court has reviewed the motion and determines that good cause exists to grant it.

Accordingly, Defendant's motion to exonerate the property bond and allow the real properties to be conveyed back to Mr. Lara and Ms. Cardenas is **GRANTED**.  Docket No. 11.

Mr. Lara and Ms. Cardenas must produce this order and the original receipt (a copy of which is at Docket No. 9-1) to the Clerk's Office so that the properties can be reconveyed.

IT IS SO ORDERED.

Dated: March 19, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE